ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Spectrum-CBS Joint Venture, LLC | ) ASBCA No. 62560 |
| | ) |
| Under Contract No. N40080-16-D-0309 | ) |

APPEARANCE FOR THE APPELLANT:    Eden Brown Gaines, Esq.
    Brown Gaines, LLC
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Jerry Kim, Esq.
    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 9, 2022

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62560, Appeal of Spectrum-CBS Joint Venture, LLC, rendered in conformance with the Board's Charter.

Dated: February 9, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals